UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

**CHUBB SEGUROS ECUADOR S.A. as** *subrogor of* **EARTHFRUCITIFERA CIA LTDA,**

          Plaintiff,       20 **CIVIL** 4642 (ALC)(JLC)

-against-       **JUDGMENT**

**LAN CARGO S.A.,** *et al.*,

          Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 12, 2022, the Court adopts the Report & Recommendation in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
       September 13, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                          **BY:**

                                                          **Deputy Clerk**